UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ALEJANDRA VEGA MONTANEZ,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO DETENTION CENTER, et al.,<br>Respondents. | No. 5:26-cv-04641-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is denied and the action is dismissed without prejudice.

Dated: **AUGUST 25, 2026**

JOHN D. EARLY
United States Magistrate Judge